UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR NUNEZ GUTIERREZ,<br><br>                          Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                          Respondent. | CASE NO. C15-1375-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed application to proceed *in forma pauperis*; and

3. The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 11th day of November, 2015.

                                                    Marsha J. Pechman
                                                    Chief United States District Judge

ORDER OF DISMISSAL
PAGE - 1